# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

### CASE NO. 20-cv-61443-RS

| | |
|---|---|
| JOSEPH PETRIE, *et al.*, | ) |
| | ) |
|       Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| DELEGAL'S PLUMBING, INC., | ) |
| | ) |
|       Defendant. | ) |
| _____ | / |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

The parties; Plaintiffs JOSEPH PETRIE, *et al.* (the "Trustees" or the "Funds") and Defendant DELEGAL'S PLUMBING, INC., (the "Defendant"), stipulate to dismissal of the above-styled action pursuant to Rule 41, Federal Rules of Civil Procedure as follows:

1. In order to avoid additional expense, the parties agreed to a settlement regarding a audit of Defendant's payroll records.

2. The Trustees and Defendant stipulate and agree that they the parties shall, at this time, bear their own attorneys' fees and other costs that have accrued as a result of the prosecution of this action.

WHEREFORE, the parties respectfully request that the Court accept this stipulation of dismissal without prejudice to resolve this case.

This 19th day of February, 2021          Respectfully submitted,

| | |
|---|---|
| By: \_\_\_\_/s/ D. Marcus Braswell, Jr._____<br>**D. MARCUS BRASWELL, JR. (146160)**<br>**mbraswell@sugarmansusskind.com**.<br>**SUGARMAN & SUSSKIND, P.A.**<br>100 Miracle Mile, Suite 300<br>Coral Gables, Florida  33134<br>Tel:   (305) 529-2801<br>Fax:   (305) 447-8115<br><br>**Attorneys for Plaintiffs Trustees & Funds** | By: \_\_\_\_/s/ Thomas R. Shahady /s/\_\_\_\_\_<br>**THOMAS R. SHAHADY, ESQ**<br>TShahady@swlawyers.law<br>**SHAHADY & WURTENBERGER, P.A.**<br>7900 Peters Road, Suite B-200<br>Fort Lauderdale, FL  33324<br>Telephone:  (954) 376-5958<br>Fax (954) 206-0188<br><br>**Attorneys for Defendant** |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on 19th of February, 2021 I electronically filed the foregoing with the Clerk of Court using CM/ECF.

By: \_\_\_/s/ D. Marcus Braswell, Jr. /s/_____
D. MARCUS BRASWELL, JR.