UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61443-CIV-SMITH

JOSEPH PETRIE, *et al.*,

    Plaintiffs,

v.

DELEGAL'S PLUMBING, INC.,

    Defendant.

_____/

**ORDER OF FINAL DISMISSAL**

This cause is before the Court on the parties' Stipulation for Dismissal without Prejudice [DE 18]. Upon consideration, it is hereby:

**ORDERED that:**

1. This case is **DISMISSED WITHOUT PREJUDICE.**

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 22nd day of February, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record